**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Mark STACEY, Defendant-Appellant.**

**No. 71-2571
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Dec. 14, 1971.

J. Marshall Gifford, Tallahassee, Fla.
(Court-appointed), for defendant-appellant.

William H. Stafford, Jr., U. S. Atty.,
Stewart J. Carrouth, Tallahassee, Fla.,
for plaintiff-appellee.

Before JOHN R. BROWN, Chief
Judge, and INGRAHAM and RONEY,
Circuit Judges.

* Rule 18, 5th Cir.; see *Isbell Enterprises,
Inc. v. Citizens Casualty Co. of New*

PER CURIAM:

The errors claimed on the direct appeal of this conviction for interstate transportation of a stolen automobile concern the sequestration of a witness and the permissible range of questions concerning matters which tend to show bias and the incredibility of a witness. The law leaves both matters to the sound discretion of the trial judge. A reading of the whole record reveals no abuse of discretion.

In this case, the failure to sequester a witness did not rise to the level of denial of due process, as argued by defendant.

Affirmed.